UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:21-cv-00155

———

**Gunstream Land Corporation,**
*Plaintiff,*

v.

**Hans V. Hansen et al.,**
*Defendants.*

———

# FINAL JUDGMENT

The court hereby enters judgment that all claims in this matter are dismissed without prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on July 2, 2021.*

J. Campbell Barker
United States District Judge